Christopher C. Burke (ISB No. 2098)
cburke@greenerlaw.com
Slade D. Sokol (ISB No. 8684)
ssokol@greenerlaw.com
GREENER BURKE SHOEMAKER OBERRECHT P.A.
950 W. Bannock Street, Suite 950
Boise, Idaho 83702
Telephone (208) 319-2600
Facsimile (208) 319-2601

Attorneys for Defendants Watkins and Shepard Leasing, LLC,
    Watkins and Shepard Trucking, Inc. and Van N. Ross

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL AND CINDY DAHL, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WATKINS AND SHEPARD LEASING, LLC; WATKINS AND SHEPARD TRUCKING, INC.; VAN N. ROSS; and JOHN DOES 1-5,<br><br>Defendants. | Case No.: 4:15-cv-00230-CWD<br><br>Seventh Judicial District, County of Bonneville, Case No. CV-15-1968<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Michael and Cindy Dahl, individually, and through their attorney, Robert K. Beck & Associates, P.C., and Defendants Watkins and Shepard Leasing, LLC, Watkins and Shepard Trucking, Inc. and Van N. Ross, by and through their attorneys, Greener Burke Shoemaker Oberrecht P.A., stipulate that Plaintiffs' Amended Complaint against Defendants, and each and every claim and cause of action asserted therein, may be dismissed with prejudice, the parties to bear their own costs and attorney fees.

STIPULATION FOR DISMISSAL WITH PREJUDICE – PAGE 1
19455-001 / 870616

DATED this 18 day of July, 2016.

_____
Michael Dahl

DATED this 18 day of July, 2016.

_____
Cindy Dahl

DATED this 25th day of July, 2016.

ROBERT K. BECK & ASSOCIATES, P.C.

_____
Robert K. Beck
Attorneys for Plaintiffs Michael and Cindy Dahl

DATED this 25th day of July, 2016.

GREENER BURKE SHOEMAKER OBERRECHT P.A.

_____
Christopher C. Burke
Slade D. Sokol
Attorneys for Defendants Watkins and Shepard Leasing, LLC, Watkins and Shepard Trucking, Inc. and Van N. Ross

STIPULATION FOR DISMISSAL WITH PREJUDICE – PAGE 2
19455-001 / 870616